UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Hilario Sanchez–Garcia

                        Plaintiff,

v.                                                  Case No.: 1:16–cv–02074
                                                         Honorable Marvin E. Aspen

United Maintenance Company, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 14, 2016:

      MINUTE entry before the Honorable Marvin E. Aspen: Status hearing held on 4/14/2016. The parties report a settlement agreement has been reached. The settlement agreement has been submitted and is approved. The case is therefore dismissed without prejudice with leave to reinstate by 5/16/2016. If the parties do not move to reinstate the case by 5/16/2016, the dismissal shall convert to one with prejudice without further order from the court. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.